UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

CHARA SOFTWARE, LLC,                    CASE NO. 24-30647-KKS
                                        CHAPTER 11
Debtor.
_____/

**ORDER GRANTING UNITED STATES TRUSTEE'S
MOTION TO DISMISS OR CONVERT CASE (ECF NO. 128)**

THIS CASE came before the Court for hearing on August 6, 2025, on the United States Trustee's Motion to Dismiss or Convert Case (the "Motion") (ECF No. 128) filed on July 9, 2025. Upon consideration of the Motion, Debtor's Response to the Motion (ECF No. 131), the representations of counsel at the hearing, and the Court having reviewed all the facts and circumstances of this case, it is

ORDERED:

1. The United States Trustee's Motion to Dismiss or Convert Case (ECF No. 128) is **GRANTED**.

2. This case is **CONVERTED** to a case under chapter 7.

3. The United States Trustee shall appoint a chapter 7 trustee to administer this case.

4. The Clerk shall enter an *Order Converting Case* or such other order(s)

as may be appropriate to effectuate this ruling.

    DONE AND ORDERED on August 11, 2025.

*[signature]*

Karen K. Specie
Chief U.S. Bankruptcy Judge

This Order Prepared by:
Conor J. McLaughlin, Esq.

2